# Court of Appeals
# of the State of Georgia

ATLANTA,  February 14, 2023

*The Court of Appeals hereby passes the following order:*

## A23E0032. LARRY EAGLES v. THE STATE.

On October 4, 2021, Larry Eagles was convicted of two counts of misdemeanor battery. On October 7, 2021, Eagles filed in the trial court a notice of appeal directed to this Court. On February 14, 2023, Eagles filed the instant motion for emergency relief, in which he requests that this Court (1) grant him an extension of time in which to file an appeal, and (2) compel the trial court and the State to provide him with transcripts of the proceedings below.

Granting Eagles' first request for relief is unnecessary, because he has filed a timely notice of appeal. See OCGA § 5-6-38 (a) ("A notice of appeal shall be filed within 30 days after entry of the appealable decision or judgment complained of [.]").

Eagles' second request for relief fails to meet the standard for emergency relief as contemplated by Court of Appeals Rule 40 (b) ("In the exercise of its inherent powers, this Court may issue such orders or give such direction to the trial court as may be necessary to preserve jurisdiction of an appeal or to prevent the contested issue from becoming moot. This power shall be exercised sparingly. . ."). Eagles has already filed a timely notice of appeal, and it appears that he has a pending motion in the trial court in which he seeks transcripts of the proceedings below. See *Norman v. State*, 358 Ga. App. 616, 618 (856 SE2d 15) (2021) ("[I]t is the appellant's duty to order the transcript and monitor the progress of its preparation.").

For the foregoing reasons, the motion for emergency relief is hereby DENIED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*  02/14/2023

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*